```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00336
    MILDRED HUNTER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-1197


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/08/2008 and was confirmed 03/27/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 06/26/2008.
------------------------------------------------------------------------------
 CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
 LITTON LOAN SERVICING     CURRENT MORTG         .00              .00            .00
 LITTON LOAN SERVICING     MORTGAGE ARRE     2164.84              .00        2164.84
 HARRIS BANK               SECURED VEHIC         .00              .00            .00
 BALLYS TOTAL FITNESS      UNSECURED        NOT FILED             .00            .00
 CAPITAL ONE BANK          UNSECURED        NOT FILED             .00            .00
 DS WATERS OF NORTH AMERI  UNSECURED        NOT FILED             .00            .00
 DIRECT TV                 UNSECURED        NOT FILED             .00            .00
 CHICAGO HEIGHTS MED CONS  UNSECURED        NOT FILED             .00            .00
 PRIMARY CARE ASSOC        UNSECURED        NOT FILED             .00            .00
 GUC                       UNSECURED        NOT FILED             .00            .00
 HOME COMING FUNDING NE    UNSECURED        NOT FILED             .00            .00
 HOME COMING FUNDING NE    UNSECURED        NOT FILED             .00            .00
 ECAST SETTLEMENT CORP     UNSECURED          480.47              .00            .00
 UNITED AIRLINES           UNSECURED        NOT FILED             .00            .00
 ST JAMES HOSPITAL         UNSECURED        NOT FILED             .00            .00
 ALARM DECTION SYS INC     UNSECURED        NOT FILED             .00            .00
 NICOR GAS                 UNSECURED        NOT FILED             .00            .00
 CITY OF HICKORY HILLS     UNSECURED        NOT FILED             .00            .00
 CITY OF HICKORY HILLS     UNSECURED        NOT FILED             .00            .00
 VILLAGE OF OLYMPIA FIELD  UNSECURED        NOT FILED             .00            .00
 US DEPT OF EDUCATION      UNSECURED        NOT FILED             .00            .00
 INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED             .00            .00
 AURORA LOAN SERVICES INC  NOTICE ONLY      NOT FILED             .00            .00
 THE CIT GROUP/CONSUMER F  SECURED NOT I    73674.31              .00            .00
 AURORA LOAN SERV          CURRENT MORTG         .00              .00            .00
 AURORA LOAN SERV          SECURED NOT I    25054.19              .00            .00
 ERNESTO D BORGES JR       DEBTOR ATTY           .00                              .00
 TOM VAUGHN                TRUSTEE                                             188.24
 DEBTOR REFUND             REFUND                                            1,119.81

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00336  MILDRED HUNTER
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  3,472.89

PRIORITY                                             .00
SECURED                                         2,164.84
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              188.24
DEBTOR REFUND                                   1,119.81
                       ---------------      ---------------
TOTALS                   3,472.89               3,472.89
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 09/25/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE